# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **EDCV 10-01323 VAP(DTBx)**              Date:   October 26, 2011

Title:   NAIDU SIMADRI AND NAIDU ASHIKA, HUSBAND AND WIFE AS JOINT TENANTS -*v*- EXPRESS CAPITAL LENDING A BUSINESS ENTITY, FORM UNKNOWN; UNKNOWN MORTGAGE BROKER, A BUSINIESS ENTITY, FORM UNKNOWN; INVESTOR TITLE COMPANY, A BUSINESS ENTITY, FORM UNKNOWN; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, A BUSINIESS ENTITY, FORM UNKNOWN, AND DOES 1-10 INCLUSIVE

---

PRESENT:   <u>HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE</u>

Marva Dillard                              None Present
Courtroom Deputy                           Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                              NO APPEARANCE

PROCEEDINGS:     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than November 15, 2011, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-

MINUTES FORM 90                            Initials of Deputy Clerk <u>md/ jh</u>
CIVIL -- GEN

15, no oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.